# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA and PEOPLE OF THE VIRGIN ISLANDS,** | |
| **Plaintiffs,** | 1:10-cv-34 |
| v. | |
| **DAMION BELL,** | |
| **Defendants.** | |

**TO:** Allan John Baptiste, Esq., AUSA
Patricia Schrader- Cooke, Esq., AFPD

## ORDER

THIS MATTER came before the Court on October 21, 2010, for hearing upon counsel for Defendant's Motion to Strike Appearance (Docket No. 39). Allan John Baptiste, Esq., AUSA, represented the government. Patricia Schrader-Cooke, Esq., appeared on behalf of Defendant. Defendant also was present.

Having reviewed the Motion to Strike Appearance (Docket No. 39), filed under seal, and previously having been informed by counsel for Defendant of a potential conflict between the Office of the Federal Public Defender and Defendant in a different, separate matter, 1:10-cr-39, that now has become a potential conflict in the above-captioned matter, it is now hereby **ORDERED**:

1. The Motion to Strike Appearance (Docket No. 39) is **GRANTED**.

2. The Office of the Federal Public Defender is **RELIEVED** as counsel for Defendant, Damion Bell, in the above-captioned matter.

3. A CJA panel attorney shall be appointed by separate order to represent Defendant.

ENTER:

Dated: October 21, 2010  /s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE